■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SODARO, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted. (See *People v Crawford,* 71 AD2d 38.) (Appeal from judgment of Erie Supreme Court — promoting prostitution, fourth degree.) Present — Simons, J. P., Hancock, Jr., Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. LYTLE, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted. (See *People v Crawford,* 71 AD2d 38.) (Appeal from judgment of Monroe Supreme Court — sodomy, first degree.) Present — Dillon, P. J., Simons, Hancock, Jr., Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOSEPH S. BIGLEY, Respondent. — Appeal unanimously dismissed. Memorandum: Although defendant's sentence to a one-year definite term as a nonviolent class C felony offender was illegal under section 70.00 of the Penal Law it was subsequently changed during resentencing proceedings to a term of probation for five years, a permitted sentence. The People's contention that the one-year sentence is illegal is now moot and this appeal should be dismissed (see *Sedita v Board of Educ.,* 43 NY2d 827; *Matter of Mullins v State Bd. of Parole,* 35 NY2d 992). (Appeal from order of Onondaga Supreme Court — vacate sentence.) Present — Dillon, P. J., Simons, Hancock, Jr., Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLEN BALLARD, Appellant. — Appeal unanimously dismissed. (See *People ex rel. Wilder v Markley,* 26 NY2d 648.) (Appeal from judgment of Erie County Court — violation of probation.) Present — Dillon, P. J., Simons, Hancock, Jr., Doerr and Moule, JJ.